FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 19 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Emiliya Gumin Farbstein

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

17-CV-4402

-----------------------------------------------------------X

TO: Opposing Counsel, Joseph A. Hess
88 Pine St. 21st Floor
New York, New York, 10005

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Edelman, Combs, Latturner & Goodwin, LLC and a member in good standing of the bar(s) of the State(s) of Illinois, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Nosson Weissman.

There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 1/15/18

Signature of Movant
Firm Name Edelman, Combs, Latturner & Goodwin, LLC
Address 20 S. Clark St, Suite 1500
Chicago, IL 60603
Email efabrstein@edcombs.com
Phone 312-739-4200

So Ordered: /S/ USMJ LOIS BLOOM
1/18/18 Lois Bloom
U.S. Magistrate Judge